Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorney for Plaintiff
Lawrence Green

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LAWRENCE GREEN,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>HARRY TOPOOZIAN, Co-Trustee, HARRY TOPOOZIAN 2011 TRUST dated August 22, 2011, et al.,<br><br>　　　　　Defendants. | No. 1:15-cv-00737-WBS-GSA<br><br>**STIPULATION FOR DISMISSAL OF ACTION <u>WITHOUT PREJUDICE</u>; [<s>PROPOSED</s>] ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Lawrence Green and Defendants Harry Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; Thomas H. Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; Mark Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; and Garbis Kurtmen, the parties to this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action be dismissed **without prejudice**. Each party is to bear its own attorneys' fees and costs.

Date: August 25, 2015              MOORE LAW FIRM, P.C.

                                   */s/ Tanya E. Moore*
                                   Tanya E. Moore
                                   Attorney for Plaintiff
                                   Lawrence Green

Date: August 25, 2015              GILMORE MAGNESS LEIFER

                                   */s/ William H. Leifer*
                                   William H. Leifer
                                   Attorneys for Defendants,
                                   Harry Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; Thomas H. Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; Mark Topoozian, Co-Trustee, Harry Topoozian 2011 Trust dated August 22, 2011; Garbis Kurtmen

## ORDER

The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed **without prejudice**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated:  August 26, 2015

                                   WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE